**Abu Alliah Mohammed BADRUD-DOZA, Plaintiff—Appellant,**

v.

**The UNITED STATES LAW EN-FORCEMENT UNITS—The POLICE DEPARTMENTS; Alexandria Police Department, Defendants—Appellees.**

No. 07–2204.

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2008.

Decided: April 1, 2008.

Abu Alliah Mohammed Badruddoza, Appellant Pro Se.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abu Alliah Mohammed Badruddoza appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Badruddoza v. U.S. Law Enforcement Units,* No. 1:07–cv–01074–LMB–BRP (E.D.Va. Oct. 31, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*